IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | : Civil No. 1:25MC 13 |
| v. | : |
| ASSORTMENT FIREARMS MORE SPECIFICALLY DESCRIBED HEREIN, Defendants. | : |

**MOTION FOR EXTENSION OF TIME TO FILE
VERIFIED COMPLAINT OF FORFEITURE**

The United States of America, by and through Clifton T. Barrett, United States Attorney for the Middle District of North Carolina, and pursuant to 18 U.S.C. § 983(a)(3)(A), hereby respectfully moves the Court to extend, by approximately 90 days, to and including October 20, 2025, the time within which to file a civil forfeiture complaint against the defendant firearms seized on March 5, 2025, and more fully described on Exhibit A. The United States requests additional time for further investigation of the basis for forfeiture, and evaluation of the administrative claim to these firearms.

Undersigned counsel is unaware of any attorney representing Hannah Burnette, who was the sole claimant in the administrative forfeiture proceeding initiated against the above-described property. Therefore, Ms. Burnette has not been contacted for consent to the requested extension.

WHEREFORE, the United States of America respectfully requests that the Court grant an extension of time to file a civil forfeiture Complaint against the defendant property to and including October 20, 2025.

A proposed Order is attached.

WHEREFORE, the United States of America respectfully requests that the Court grant an extension of time to file a civil forfeiture Complaint against the defendant property, from July 22, 2025, to and including October 20, 2025.

This the 22nd day of July, 2025.

Respectfully submitted,

CLIFTON T. BARRETT
United States Attorney

/s/ Lynne P. Klauer

Lynne P. Klauer
NCSB #13815
Assistant United States Attorney
Middle District of North Carolina
101 S. Edgeworth Street, 4th Floor
Greensboro, NC 27401
Phone: (336) 333-5351
Email: lynne.klauer@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2025, the foregoing document was filed with the Clerk of the Court, and I hereby certify that I have mailed the document to the following:

**Addressee:**

Hannah Burnette
451 Rickard Drive
Winston-Salem, NC 27101

Lynne P. Klauer
Assistant United States Attorney

EXHIBIT A

| # | Asset ID | Asset Description |
|---|---|---|
| 1 | 25-ATF-008508 | Firearms - Rock Island Armory - Value = $300.00, SN: ****2365 seized by the ATF on March 5, 2025 in Kernersville, NC. |
| 2 | 25-ATF-008509 | Firearms - KELTEC, CNC INDUSTRIES, INC. - Value = $300.00, SN: ****9G72 seized by the ATF on March 5, 2025 in Kernersville, NC. |
| 3 | 25-ATF-008510 | Firearms - SMITH & WESSON - Value = $300.00, SN: ****9970 seized by the ATF on March 5, 2025 in Kernersville, NC. |
| 4 | 25-ATF-008511 | Firearms - RUGER - Value = $300.00, SN: ****8413 seized by the ATF on March 5, 2025 in Kernersville, NC. |
| 5 | 25-ATF-008512 | Firearms - TAURUS - Value = $300.00, SN: ****1078 seized by the ATF on March 5, 2025 in Kernersville, NC. |
| 6 | 25-ATF-008513 | Firearms - BERSA - Value = $300.00, SN: ****9181 seized by the ATF on March 5, 2025 in Kernersville, NC. |
| 7 | 25-ATF-008514 | Firearms - SARSILMAZ (SAR ARMS) - Value = $300.00, SN: ****3466 seized by the ATF on March 5, 2025 in Kernersville, NC. |
| 8 | 25-ATF-008515 | Firearms - TAURUS INTERNATIONAL - Value = $300.00, SN: ****1971 seized by the ATF on March 5, 2025 in Kernersville, NC. |
| 9 | 25-ATF-008516 | Firearms - SMITH & WESSON - Value = $300.00, SN: ****7215 seized by the ATF on March 5, 2025 in Kernersville, NC. |
| 10 | 25-ATF-008517 | Firearms - KELTEC, CNC INDUSTRIES, INC. - Value = $300.00, SN: ****7S30 seized by the ATF on March 5, 2025 in Kernersville, NC. |
| 11 | 25-ATF-008518 | Firearms - CANIK55 - Value = $300.00, SN: ****3903 seized by the ATF on March 5, 2025 in Kernersville, NC. |
| 12 | 25-ATF-008519 | Firearms - RUGER - Value = $300.00, SN: ****9676 seized by the ATF on March 5, 2025 in Kernersville, NC. |
| 13 | 25-ATF-008520 | Firearms - TAURUS - Value = $300.00, SN: ****5948 seized by the ATF on March 5, 2025 in Kernersville, NC. |

| # | Case ID | Description |
|---|---|---|
| 14 | 25-ATF-008521 | Firearms - SMITH & WESSON - Value = $300.00, SN: ****9785 seized by the ATF on March 5, 2025 in Kernersville, NC. |
| 15 | 25-ATF-008522 | Firearms - KELTEC, CNC INDUSTRIES, INC. - Value = $300.00, SN: ****9B40 seized by the ATF on March 5, 2025 in Kernersville, NC. |
| 16 | 25-ATF-008523 | Firearms - SMITH & WESSON - Value = $300.00, SN: ****3514 seized by the ATF on March 5, 2025 in Kernersville, NC. |
| 17 | 25-ATF-008524 | Firearms - SMITH & WESSON - Value = $300.00, SN: ****6872 seized by the ATF on March 5, 2025 in Kernersville, NC. |
| 18 | 25-ATF-008525 | Firearms - SCCY INDUSTRIES, LLC (SKYY IND.) - Value = $300.00, SN: ****3358 seized by the ATF on March 5, 2025 in Kernersville, NC. |
| 19 | 25-ATF-008526 | Firearms - SIG SAUER (SIG-ARMS) - Value = $300.00, SN: ****0006 seized by the ATF on March 5, 2025 in Kernersville, NC. |
| 20 | 25-ATF-008527 | Firearms - TAURUS INTERNATIONAL - Value = $300.00, SN: ****4564 seized by the ATF on March 5, 2025 in Kernersville, NC. |
| 21 | 25-ATF-008528 | Firearms - TISAS - TRABZON GUN INDUSTRY CORP. - Value = $300.00, SN: ****2252 seized by the ATF on March 5, 2025 in Kernersville, NC. |
| 22 | 25-ATF-008529 | Firearms - SAVAGE - Value = $425.00, SN: ****5787 seized by the ATF on March 5, 2025 in Kernersville, NC. |
| 23 | 25-ATF-008530 | Firearms - DPMS INC.(DEFENSE PROCUREMENT MFG. SERVICES); - Value = $425.00, SN: ****9047 seized by the ATF on March 5, 2025 in Kernersville, NC. |
| 24 | 25-ATF-008531 | Firearms - unknown - Value = $250.00, SN: ****4461 seized by the ATF on March 5, 2025 in Kernersville, NC. |
| 25 | 25-ATF-008532 | Firearms - HATFIELD GUN COMPANY - Value = $250.00, SN: ****8296 seized by the ATF on March 5, 2025 in Kernersville, NC. |
| 26 | 25-ATF-008533 | Firearms - HATFIELD - Value = $250.00, SN: ****0682 seized by the ATF on March 5, 2025 in Kernersville, NC. |
| 27 | 25-ATF-008542 | Firearms - RADIKAL ARMS - Value = $250.00, SN: ****7670 seized by the ATF on March 5, 2025 in Kernersville, NC. |
| 28 | 25-ATF-008543 | Firearms - ANDERSON MANUFACTURING - Value = $425.00, SN: ****9727 seized by the ATF on March 5, 2025 in Kernersville, NC. |
| 29 | 25-ATF-008545 | Firearms - CBC (COMPANHIA BRAZILIERA DE CARTUCHOS); - Value = $425.00, SN: ****3563 seized by the ATF on March 5, 2025 in Kernersville, NC. |
| 30 | 25-ATF-008546 | Firearms - SAVAGE ARMS INC. (CD); - Value = $425.00, SN: ****8861 seized by the ATF on March 5, 2025 in Kernersville, NC. |
| 31 | 25-ATF-008548 | Firearms - Unknown - Value = $300.00, SN: ****dated seized by the ATF on March 5, 2025 in Kernersville, NC. |
| 32 | 25-ATF-008550 | Firearms - Smith and Wesson - Value = $425.00, SN: ****0051 seized by the ATF on March 5, 2025 in Kernersville, NC. |
| 33 | 25-ATF-008551 | Firearms - PALMETTO STATE ARMORY - Value = $425.00, SN: ****8069 seized by the ATF on March 5, 2025 in Kernersville, NC. |
| 34 | 25-ATF-008552 | Firearms - KELTEC, CNC INDUSTRIES, INC. - Value = $425.00, SN: ****0Y09 seized by the ATF on March 5, 2025 in Kernersville, NC. |
| 35 | 25-ATF-008553 | Firearms - KELTEC, CNC INDUSTRIES, INC - Value = $425.00, SN: ****AF78 seized by the ATF on March 5, 2025 in Kernersville, NC. |